Glenn R. Kantor – SBN 122643
 E-mail: gkantor@kantorlaw.net
Sarah J. Demers – SBN 330090
 E-mail: sdemers@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: (818) 886-2525
Facsimile: (818) 350-6272

Attorneys for Plaintiff,
ALFRED PALADINO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFRED PALADINO,<br><br>      Plaintiff,<br><br>   vs.<br><br>METROPOLITAN LIFE INSURANCE COMPANY,<br><br>      Defendant. | CASE NO:   2:19-cv-02240-JAM-KJN<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; ORDER** |

Plaintiff ALFRED PALADINO and Defendant METROPOLITAN LIFE INSURANCE COMPANY hereby stipulate that the above-entitled action against defendant METROPOLITAN LIFE INSURANCE COMPANY shall be dismissed with prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. Each party shall bear its own costs and fees.

**IT IS SO STIPULATED**.

DATED: June 26, 2020                                   KANTOR & KANTOR, LLP


                                                       BY:   /s/ Glenn R. Kantor
                                                             Glenn R. Kantor
                                                             Attorneys for Plaintiff,
                                                             Alfred Paladino


DATED: June 26, 2020                                   HINSHAW & CULBERTSON LLP


                                                       BY:   /s/ Robert Hess
                                                             ROBERT E. HESS
                                                             PETER J. FELSENFELD
                                                             Attorneys for Defendant
                                                             Metropolitan Life Insurance Company


## ORDER FOR DISMISSAL

## OF ENTIRE ACTION WITH PREJUDICE

Pursuant to the stipulation of the parties, the above-entitled action is dismissed in its entirety with prejudice. Each party shall bear its own fees and costs.


DATED: June 26, 2020

                                   /s/ John A. Mendez
                                   The Honorable John A. Mendez
                                   U.S. District Court Judge